IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MANUEL ALBERTO ACOSTA<br><br>Plaintiff,<br><br>v.<br><br>M.B. PAINTING, INC., et al.<br><br>Defendants. | Civil No. 15-616 (ESH) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R Civ. P. 41(a)(1)(A)(ii), plaintiff and defendants hereby stipulate to plaintiff's dismissal *with prejudice* of this action *as to all defendants* — each side to bear its own costs and attorneys' fees.

Respectfully submitted,

/s/ Justin Zelikovitz, Esq.
Justin Zelikovitz, #986001
LAW OFFICE OF JUSTIN ZELIKOVITZ, PLLC
519 H Street, NW
Washington, DC 20001
Phone: (202) 803-6083
Fax: (202) 683-6102
justin@dcwagelaw.com

*Counsel for Plaintiff*

/s/ Andrew S. Cabana, Esq.
Andrew S. Cabana, #489377
LAW OFFICE OF ANDREW CABANA, PC
2121 Eisenhower Avenue, Suite 200
Alexandria, VA 22314
Phone: (703) 518-7930
Fax: (703) 684-3620
andrew@acabanalaw.com

*Counsel for Defendants*

Date: August 6, 2015